Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Defendant
DIAMOND FOODS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD HALL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND FOODS, INC., a Delaware corporation, dba KETTLE FOODS, and DOES 1 through 50, inclusive,<br><br>Defendant. | **Case No. 3:14-cv-02148-JCS**<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Hon. Joseph C. Spero<br><br>Original Complaint Filed: April 2, 2014<br>Original Complaint Served: April 9, 2014<br>Case Removed: May 9, 2014 |

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 2, 2014, Plaintiff filed a class action against Diamond Foods, Inc. ("Diamond Foods") in the Superior Court of California, County of San Francisco;

WHEREAS, on April 9, 2014, Plaintiff served Diamond with the summons and complaint in the aforementioned state court Action;

WHEREAS, on May 9, 2014, Defendant removed the state court action to federal court;

WHEREAS, May 16, 2014 is the current deadline for Diamond Foods to respond to the complaint in this action;

1  WHEREAS, Civil Local Rule 6-1(a) provides that the parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the parties have agreed to a two-week extension for Diamond Foods to answer or otherwise respond to the complaint;

WHEREAS, a two-week extension for Diamond Foods to answer or otherwise respond to the complaint will not alter the date of any event or any deadline already fixed by Court order;

THEREFORE, the parties hereby STIPULATE that that the deadline for Diamond Foods to answer or otherwise respond to the complaint is extended by two weeks from May 16, 2014 to May 30, 2014.

**IT IS SO STIPULATED.**

Dated: May 13, 2014

COUNSELONE, P.C.

/s/ *Anthony J. Orshansky*
Anthony J. Orshansky
Attorney for Plaintiff
RICHARD HALL

Dated: May 13, 2014

WINSTON & STRAWN LLP

/s/ *Amanda L. Groves*
Amanda L. Groves
Attorney for Defendant
DIAMOND FOODS, INC.

Amanda L. Groves attests that Anthony J. Orshansky has consented to the filing of this document.

/s/ *Amanda L. Groves*
Amanda L. Groves

Dated: 5/15/14



IT IS SO ORDERED
Judge Joseph C. Spero

-2-
STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT
(Case No. 3:14-cv-02148-JCS)