United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD HALL,

    Plaintiff,

  v.

DIAMOND FOODS, INC.,

    Defendant.
_____/

No. C-14-2148 MMC

**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND TO STRIKE**

Before the Court is defendant's "Motion to Dismiss and Strike Complaint," filed May 30, 2014. Plaintiff has filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for July 18, 2014.

    **IT IS SO ORDERED.**

Dated: July 11, 2014

                                          MAXINE M. CHESNEY
                                          United States District Judge