1  Amanda L. Groves (SBN: 187216)
   agroves@winston.com
2  Sean D. Meenan (SBN: 260466)
   smeenan@winston.com
3  WINSTON & STRAWN LLP
   101 California Street
4  San Francisco, CA 94111-5802
   Telephone: (415) 591-1000
5  Facsimile: (415) 591-1400

6  Attorneys for Defendant
   DIAMOND FOODS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD HALL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND FOODS, INC., a Delaware corporation, dba KETTLE FOODS, and DOES 1 through 50, inclusive,<br><br>Defendant. | **Case No. 3:14-cv-02148-MMC**<br><br>**STIPULATION AND [PROPOSED] ORDER CANCELLING CASE MANAGEMENT CONFERENCE AND STAYING CASE**; DIRECTING PARTIES TO FILE JOINT STATUS REPORT<br><br>Judge: Hon. Maxine M. Chesney<br><br>Scheduled CMC date: October 31, 2014 |

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Richard Hall ("Plaintiff") filed a putative class action against Diamond Foods, Inc. ("Diamond Foods") in the Superior Court of California, County of San Francisco;

WHEREAS, on April 9, 2014, Plaintiff served Diamond Foods with the summons and complaint in the aforementioned state court action;

WHEREAS, on May 9, 2014, Diamond Foods removed the state court action to this Court;

WHEREAS, on May 27, 2014, Diamond Foods filed a Notice of Related Cases and/or Pendency of Other Actions, which listed *Klacko v. Diamond Foods, Inc.*, No. 9:14-cv-80005 ("*Klacko*"), a putative class action which was filed in the Southern District of Florida on January 3, 2014, as a Related Case;

WHEREAS, the parties in *Klacko* have reached a settlement and executed a Stipulation of Class Action Settlement, and the court is currently considering the unopposed Motion for Preliminary Approval of Class Action Settlement which was filed on October 22, 2014;

WHEREAS, the Stipulation of Class Action Settlement in *Klacko*, if finally approved, would settle and release the claims asserted by the Plaintiff herein;

WHEREAS, the parties have agreed to stay the instant action until the court in *Klacko* determines whether to grant final approval of the Stipulation of Class Action Settlement;

WHEREAS, the parties have agreed to inform this Court of the outcome of the *Klacko* case and whether the court in *Klacko* grants final approval to the Stipulation of Class Action Settlement;

THEREFORE, the parties hereby STIPULATE that that this case is stayed pending the court's decision in *Klacko* on whether to grant final approval of the Stipulation of Class Action Settlement, and that the case management conference is cancelled until further notice.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 27, 2014 | Dated: October 27, 2014 |
| COUNSELONE, P.C. | WINSTON & STRAWN LLP |
| /s/ *Anthony J. Orshansky*<br>Anthony J. Orshansky<br>Attorney for Plaintiff<br>RICHARD HALL | /s/ *Amanda L. Groves*<br>Amanda L. Groves<br>Attorney for Defendant<br>DIAMOND FOODS, INC. |

Amanda L. Groves attests that Anthony J. Orshansky has consented to the filing of this document.

                                            /s/ *Amanda L. Groves*
                                              Amanda L. Groves

**[PROPOSED] ORDER**

Based on the stipulation of the parties and for good cause showing, it is hereby ordered that this case is stayed pending the court's decision in *Klacko* on whether to grant final approval of the Stipulation of Class Action Settlement, and that the case management conference scheduled for October 31, 2014 is cancelled until further notice.

The parties are hereby DIRECTED to file, no later than August 7, 2015, a Joint Status Report.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

**Dated:** October 27, 2014