Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendant
DIAMOND FOODS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HALL, on behalf of himself and others similarly situated, | **Case No. 3:14-CV-02148-MMC** |
| Plaintiff, | **JOINT STATUS STATEMENT** |
| v. | |
| DIAMOND FOODS, INC., a Delaware corporation, dba KETTLE FOODS, and DOES 1 through 10, inclusive, | Judge: Hon. Maxine M. Chesney |
| Defendant. | Complaint Filed in State Court: April 2, 2014<br>Complaint Removed: May 9, 2014 |

Pursuant to the October 27, 2014 Order Cancelling Case Management Conference and Staying Case; Directing Parties to File Joint Status Report (the "October 27, 2014 Order"), Plaintiff Richard Hall and Defendant Diamond Foods, Inc. (collectively, the "Parties") submit the following Joint Status Report:

On October 27, 2015, the Parties notified this Court that the parties in the related case of *Klacko v. Diamond Foods, Inc.*, No. 9:14-cv-80005 (S.D. Fla.) ("*Klacko*") had reached a settlement and executed a Stipulation of Class Action Settlement. The Parties further notified this Court that the *Klacko* court was then considering an unopposed Motion for Preliminary Approval of Class Action Settlement and that the Stipulation of Class Action Settlement in *Klacko*, if finally approved, would settle and release the claims asserted by the Plaintiff herein. Accordingly, the Parties agreed to stay the instant action until the court in *Klacko* determined whether to grant final approval of the Stipulation of Class Action Settlement. On October 27, 2014, this Court stayed this action pending the court's decision in *Klacko* on whether to grant final approval of the Stipulation of Class Action Settlement and ordered the parties to file, no later than August 7, 2015, a Joint Status Report.

On July 17, 2015, in *Klacko*, the Honorable Judge Beth Bloom, in the Fort Lauderdale Division of the United States District Court for the Southern District of Florida, conducted a Fairness Hearing regarding the Parties' class settlement. Upon review of the record and the oral arguments presented at the July 17, 2015 Fairness Hearing by counsel for the Class and Counsel for Defendant, Judge Bloom granted final approval of the Parties' nationwide Class Settlement Agreement, and on July 20, 2015, the court in *Klacko* entered a Final Judgment and Order Approving Settlement. By operation of the Final Judgment and Order Approving Settlement, Plaintiff in this action, Mr. Hall, is deemed to have fully, finally, and forever released, relinquished, and discharged her pending claims against Defendant in the above-styled action upon the occurrence of the Effective Date that was agreed to in the Stipulation of Class Settlement. The Effective Date is defined in the Stipulation of Class Settlement as either: (a) the date thirty-five (35) calendar days after the entry of the Final Judgment and Order Approving Settlement, if no timely motions for reconsideration and/or appeals or other efforts to obtain review have been filed (which is August 24, 2015); or (b) in the event that an appeal or other effort to obtain review has been initiated, the Effective Date is thirty-five (35)

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5802**

calendar days after such appeal or other review has been finally concluded and is no longer subject to review, whether by appeal, petitions for rehearing, petitions for rehearing en banc, petitions for writ of certiorari, or otherwise.

      The Parties agree that on or before September 3, 2015, the Parties will file either (a) Joint Status Report; or (b) a Stipulation Regarding Dismissal with Prejudice.

Dated: August 7, 2015                    WINSTON & STRAWN LLP

By:  */s/ Amanda L. Groves*
      Amanda L. Groves
      Attorneys for Defendant
      DIAMOND FOODS, INC.

Dated: August 7, 2015                    COUNSEL ONE, PC

By:  */s/ Anthony J. Orshansky*
      Anthony Joshua Orshansky
      Attorneys for Plaintiff
      RICHARD HALL

    I, Amanda L. Groves, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                  */s/ Amanda L. Groves*