1  ANTHONY J. ORSHANSKY, Cal. Bar No.199364
   anthony@counselonegroup.com
2  COUNSELONE, P.C.
3  9301 Wilshire Boulevard, Suite 650
   Beverly Hills, California 90210
4  Telephone: (310) 277-9945
   Facsimile: (424) 277-3727
5
6  *Counsel for Plaintiff RICHARD HALL*
   *and the Class*
7

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HALL, on behalf of himself and others similarly situated, | Case No. 3:14-CV-02148-MMC |
| | JUDGE: HON. MAXINE M. CHESNEY |
| Plaintiff, | |
| v. | |
| | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING DISMISSAL WITH PREJUDICE** |
| DIAMOND FOODS, INC., a Delaware corporation, dba KETTLE FOODS, and DOES 1 through 50, inclusive, | |
| Defendants. | **CLASS ACTION** |

1  **THIS CAUSE**, having come before the Court on the Parties' Stipulation Regarding
2  Dismissal with Prejudice, filed on August ~~21~~ 25, 2015, (the "Stipulation"), the Court having
3  reviewed the Stipulation and the pertinent portions of the record, and being otherwise advised,
4  it is hereby:

5  **ORDERED AND ADJUDGED** that the above-captioned case, *Hall v. Diamond*
6  *Foods, Inc.*, shall be dismissed with prejudice in accordance with the Parties' Stipulation of
7  Class Settlement and the Final Judgment and Order Approving Settlement that was entered in
8  *Klacko* on July 20, 2015, by Judge Beth Bloom, in the Fort Lauderdale Division of The United
9  States District Court for the Southern District of Florida.

Dated: August 26, 2015

*[signature]*
The Hon. Maxine M. Chesney
United States District Court Judge